# 2181CV02077 El-Bayeh, Mikhael vs. Massachusetts Department Of Transportation et al

- Case Type:
- Actions Involving the State/Municipality
- Case Status:
- Open
- File Date
- 09/21/2021
- DCM Track:
- A - Average
- Initiating Action:
- Equity Action involving the Commonwealth, Municipality, MBTA, etc.
- Status Date:
- 09/21/2021
- Case Judge:
- 
- Next Event:
- 

**All Information**  **Party**  **Tickler**  **Docket**  **Disposition**

### Party Information

**El-Bayeh, Mikhael**
- Plaintiff

| Alias | Party Attorney |
|---|---|
|  | Attorney<br>Pro Se<br>Bar Code<br>PROPER<br>Address<br>Phone Number |

More Party Information

**Massachusetts Department Of Transportation**
- Defendant

| Alias | Party Attorney |
|---|---|

More Party Information

**Gulliver, Jonathan**
- Defendant

| Alias | Party Attorney |
|---|---|

More Party Information

**Ogilvie, Colleen**
- Defendant

| Alias | Party Attorney |
|---|---|

More Party Information

**Massachusetts Department Of State Police**
- Defendant

| Alias | Party Attorney |
|---|---|

More Party Information

**Mason, Christopher S.**
- Defendant

| Alias | Party Attorney |
|---|---|
| | **More Party Information** |

**Sierra, Michael P.**
- Defendant

| Alias | Party Attorney |
|---|---|
| | **More Party Information** |

## Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Service | 09/21/2021 | 12/20/2021 | 90 | |
| Answer | 09/21/2021 | 01/19/2022 | 120 | |
| Rule 12/19/20 Served By | 09/21/2021 | 01/19/2022 | 120 | |
| Rule 12/19/20 Filed By | 09/21/2021 | 02/18/2022 | 150 | |
| Rule 12/19/20 Heard By | 09/21/2021 | 03/21/2022 | 181 | |
| Rule 15 Served By | 09/21/2021 | 11/15/2022 | 420 | |
| Rule 15 Filed By | 09/21/2021 | 12/15/2022 | 450 | |
| Rule 15 Heard By | 09/21/2021 | 12/15/2022 | 450 | |
| Discovery | 09/21/2021 | 09/11/2023 | 720 | |
| Rule 56 Served By | 09/21/2021 | 10/11/2023 | 750 | |
| Rule 56 Filed By | 09/21/2021 | 11/10/2023 | 780 | |
| Final Pre-Trial Conference | 09/21/2021 | 03/11/2024 | 902 | |
| Judgment | 09/21/2021 | 09/20/2024 | 1095 | |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 09/21/2021 | Case assigned to:<br>DCM Track A - Average was added on 09/22/2021 | | Image |
| 09/21/2021 | Complaint electronically filed. | 1 | Image |
| 09/21/2021 | Civil action cover sheet filed. | 2 | Image |
| 09/21/2021 | Plaintiff Mikhael El-Bayeh's Notice of Commencement of Action. | | Image |
| 09/22/2021 | Demand for jury trial entered. | | |
| 10/15/2021 | Service Returned for<br>Defendant Massachusetts Department Of Transportation: Service through person in charge / agent;<br><br>William York, 10 Park Plaza, Ste 4160, Boston, MA, on 10/12/2021 | 3 | Image |
| 10/15/2021 | Service Returned for<br>Defendant Gulliver, Jonathan: Service through person in charge / agent;<br><br>William York, 10 Park Plaza, Ste 4160, Boston, MA, on 10/12/2021 | 4 | Image |
| 10/15/2021 | Service Returned for<br>Defendant Ogilvie, Colleen: Service through person in charge / agent;<br><br>Bill York, 10 Park Plaza, Ste 4160, Boston, MA, on 10/01/2021 | 5 | Image |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 10/15/2021 | Service Returned for Defendant Massachusetts Department Of State Police: Service through person in charge / agent; Melina Archuletta, 470 Worcester Rd, Framingham, MA, on 09/28/2021 | 6 | Image |
| 10/15/2021 | Service Returned for Defendant Mason, Christopher S.: Service through person in charge / agent; Melina Archuletta, 470 Worcester Rd, Framingham, MA, on 09/28/2021 | 7 | Image |
| 10/15/2021 | Service Returned for Defendant Sierra, Michael P.: Service made at last and usual; 413 Lowell St, Peabody, MA, on 09/27/2021 | 8 | Image |

### Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Pending | | |