UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Mikhael El-Bayeh

    Plaintiff

v.                                                 Civil Action No. 21-11674-NMG

Michael P. Sierra, et al.

    Defendant

## ORDER FOR REMAND

Gorton, DJ

In accordance with this Court's Memorandum and Order dated March 11, 2022, ALLOWING the Motions to Remand, it is hereby ordered that this case be REMANDED to Middlesex Superior Court for further proceedings.

                                                                                 BY THE COURT,

                                                                                 /s/Douglas Warnock

                                                                                 Deputy Clerk

DATED: March 11, 2022